**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02438-LTB-BNB

TAMMY BRASWELL,

    Plaintiff,

v.

RAMEY JORDAN VASQUEZ, and
MINI MART, INC., d/b/a LOAF & JUG, INC.,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Notice of Dismissal Without Prejudice as to Defendant Ramey Jordan Vasquez (Doc 8 - filed December 3, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE as to Defendant Ramey Jordan Vasquez only,** each party to pay their own fees and costs.

                  BY THE COURT:

                    s/Lewis T. Babcock
                    Lewis T. Babcock, Judge

DATED: December 4, 2008